# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE-OPELOUSAS DIVISION

Parnell Poche                                                      Civil Action No. 07-0235

vs.                                                               Judge Tucker L. Melancon

Gerald W. Harrington                                              Magistrate Judge Methvin

JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Amended Report and Recommendation of the Magistrate Judge [Rec. Doc. 11], and concluding that the proposed findings and conclusions are correct, the findings and conclusions are accepted.  Accordingly, it is

**ORDERED** that plaintiff's claims herein are DISMISSED WITH PREJUDICE in accordance with the abstention doctrine enunciated in *Younger v. Harris*, 91 S. Ct. 746 (1971).  It is

FURTHER ORDERED that, to the extent plaintiff seeks mandamus relief against a state court officer, his claims be dismissed as frivolous pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i) and 1915A(B)(1).  It is

FURTHER ORDERED that plaintiff's Motion for Summary Judgment [Rec. Doc. 7] be denied.

Signed at Lafayette, Louisiana on October 3 , 2007.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE